UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,

v.                            CASE NO. 3:12-cv-334-J-32JBT

JOHN DOES 2-8,

    Defendants.
_____/

## ORDER

On August 20, 2012, the Court held a telephonic hearing on Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant (Doc. 21). In the Order setting the hearing, the Court stated that at the hearing Plaintiff should also be prepared to discuss the reason(s) for its Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 4, 5, 6, and 8 Only ("Notice") (Doc. 18). (*See* Doc. 22 at 1.) As discussed at the hearing, the Court will allow Plaintiff to file a written response to the Court's inquiry regarding the subject Notice, which memorializes Plaintiff's position expressed at the hearing.

Accordingly, it is **ORDERED**:

**On or before August 27, 2012**, Plaintiff may file a written response to the Court's inquiry in accordance with this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on August 20, 2012.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record